# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 6, 2023

Lyle W. Cayce
Clerk

No. 22-20348
Summary Calendar

———————————

John T. Morris,

*Plaintiff—Appellant*,

*versus*

State of Texas; Greg Abbott, *Governor of the State of Texas*;
John B. Scott, *in his official capacity as Secretary of State of the State of Texas*,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-3456

———————————————————————

Before King, Higginson, and Willett, *Circuit Judges*.
Per Curiam:[*]

John T. Morris filed a pro se civil rights suit under 42 U.S.C. § 1983, asserting that partisan gerrymandering of his congressional district and dishonest media coverage violated his First and Fourteenth Amendment rights and seeking injunctive relief. Morris appeals the district court's

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-20348

Federal Rule of Civil Procedure 12(b)(1) dismissal of his complaint without prejudice for lack of subject matter jurisdiction.

Our review is de novo. *See Griener v. United States*, 900 F.3d 700, 703 (5th Cir. 2018). Morris has not met his burden of showing that he has raised justiciable claims. *See Rucho v. Common Cause*, 139 S. Ct. 2484, 2493-2508 (2019); *Abbott v. Perez*, 138 S. Ct. 2305, 2324 (2018); *Mi Familia Vota v. Abbott*, 977 F.3d 461, 469-70 (5th Cir. 2020). As such, we need not reach Morris's challenge to the district court's alternative finding that the defendants are entitled to Eleventh Amendment immunity.

AFFIRMED.